IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

THOMAS A. CLATFELTER                                                      PLAINTIFF

v.                              3:06CV00118 SWW/HDY

DAN LANGSTON, et al.                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 27th day of September, 2006.


/s/Susan Webber Wright

United States District Judge